DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DONALD MICHAEL SANTINI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3194

_____

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

PER CURIAM.

    Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.